**Melton SUMMERVILLE, Plaintiff–Appellant,**

v.

**DUKE UNIVERSITY, Defendant–Appellee.**

No. 06–1407.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2006.

Decided: Nov. 1, 2006.

Melton Summerville, Appellant Pro Se. Charles Matthew Keen, Tracie Marie Shere, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Raleigh, North Carolina, for Appellee.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Melton Summerville appeals the district court's order granting the Defendant's motion to dismiss. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Summerville v. Duke Univ.,* No. 1:05–cv–00223–WLO, 2006 WL 771887 (M.D.N.C. Mar. 24, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*